UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Edward Bostic**  Docket No. 5:21-CR-438-1M

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Edward Bostic, who, upon an earlier plea of guilty to Theft and Conversion of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 29, 2022, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Charles Edward Bostic was released from custody on July 14, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Prior to release, the Bureau of Prisons submitted a pre-release investigation plan for the defendant listing his address as "homeless" in the Newport, North Carolina, area. Contact with the defendant's case manager revealed Bostic has no family or friends willing to assist him with housing. Due to his lack of resources, the defendant was placed in the Residential Reentry Center by way of a public law placement. This offender's original public law placement term is due to expire on January 10, 2024, and this offender still has not obtained a suitable residence. Therefore, it is respectfully recommended that the term of supervised release be modified to extend the offender's placement at a Residential Reentry Center for an additional 180-days from the original expiration date. It is further recommended, that upon approval of the probation officer, Bostic be released from the RRC prior to the 180-day period should suitable housing be secured by the defendant. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days from the original public law placement expiration of January 10, 2024, as arranged by the probation office and shall abide by the conditions of that program during said placement. Upon approval of the probation officer, the defendant may be released from the residential reentry center prior to the 180-day period should suitable housing be secured by the defendant.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Charles Edward Bostic
Docket No. 5:21-CR-438-1M
Petition For Action
Page 2

/s/ Mark Culp
Mark Culp
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2543
Executed On: December 7, 2023

## ORDER OF THE COURT

Considered and ordered this 12th day of December, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge